530 A.2d 743

Salvadore Benjamin FRANKLIN

v.

STATE of Maryland.

No. 97, Sept. Term, 1987.

Court of Appeals of Maryland.

Sept. 15, 1987.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case it is this 15th day of September, 1987

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, summarily reversed and the case remanded to that Court for further proceedings in light of *State v. Jenkins,* 307 Md. 501, 515 A.2d 465 (1986). Costs to be paid by Prince George's County.